UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

MIKHO'S HOOKHA LOUNGE INC.
d/b/a Mikho Middle Eastern Cuisine &
Lounge, SIMON MIKHO and
SARMAD MIKHO,

    Defendants.
_____/

Case No. 1:18-cv-536

HON. JANET T. NEFF

## ORDER

This is a civil action. Plaintiff filed a Motion for Default Judgment (ECF No. 46). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 8, 2019, recommending that the motion be granted, default judgment be entered against Defendants in the amount of $7,540.00, and that Plaintiff be permitted to file a motion and affidavit for recovery of attorney fees within 28 days of entry of judgment. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 46) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: August 28, 2019  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge